

ATTORNEYS AT LAW

180 Park Avenue | Suite 106
Florham Park, New Jersey 07932-1054
973.828.2600 | fax 973.828.2601
www.carltonfields.com

Atlanta
**Florham Park**
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael T. Hensley
Shareholder
212.430.5513 Direct Dial
mhensley@carltonfields.com

January 2, 2024

**VIA ECF**
Honorable André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *GW Research Limited v. Teva Pharmaceuticals, Inc., et al*
     **Civil Action No. 2:23-cv-03914-MEF-AME**

Dear Judge Espinosa,

    I write to request the withdrawal of Katherine Teal Leonard as *pro hac vice* counsel for the Defendants and Counter-claim Plaintiffs Cipla USA, Inc., Cipla Ltd., InvaGen Pharmaceuticals, Inc., and API Pharma Tech LLC (collectively, the "InvaGen Defendants"), in the above-captioned matter as Mrs. Leonard has left the firm of Carlton Fields, P.A. I have enclosed a Notice of Withdrawal for Katherine Teal Leonard, Esq. The InvaGen Defendants will continue to be represented by Michael T. Hensley, Jayashree Mitra, and J. Coy Stull of Carlton Fields, PA. If the form of the Notice of Withdrawal meets Your Honor's approval, I respectfully request that it be So Ordered and filed.

    We thank the Court for its time and consideration of this matter.

    Respectfully submitted,

    */s/ Michael T. Hensley*
    Michael T. Hensley, Esq.

134765579.1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# (Newark Division)

| | |
|---|---|
| GW RESEARCH LIMITED,<br><br>   Plaintiff<br><br>   v.<br><br>TEVA PHARMACEUTICALS, INC., et al<br><br>   Defendants. | **Civil Action No. 23-03914-MEF-AME** |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL KATHERINE TEAL LEONARD, ESQ. AND REQUEST FOR REMOVAL FROM RECEIVING NOTICE OF ELECTRONIC FILING

**PLEASE TAKE NOTICE** that Katherine Teal Leonard, Esq. hereby withdraws as *pro hac vice* counsel for the Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC, and requests to be removed from the Court's ECF notification list in this matter. Notices of Electronics filing to the following address should be terminated:

      Katherine Teal Leonard        kleonard@carltonfields.com

    Michael T. Henlsey of Carlton Fields, as well as Jayashree Mitra and J. Coy Stull of Carlton Fields admitted *pro hac vice*, will continue to represent the Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC in this matter.

134765579.1

Dated: January 2, 2024             **CARLTON FIELDS, P.A.**

/s/ draft
Michael T. Hensley
mhensley@carltonfields.com
180 Park Ave, Suite 106
Florham Park, NJ 07932
Phone: 212.430.5513

*Of Counsel*:
Jayashree Mitra (*pro hac vice*)
405 Lexington Ave, Suite 3600
New York, NY 10174

J. Coy Stull (*pro hac vice*)
Katherine Leonard (*pro hac vice*)
4221 W. Boy Scout Blvd, Suite 1000
Tampa, FL 33607

*Attorneys for Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC*

SO ORDERED, this _____ day of January, 2024

_____
Hon. André M. Espinosa, U.S.M.J.

134765579.1