# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# (Newark Division)

| | |
|---|---|
| GW RESEARCH LIMITED,<br><br>   Plaintiff<br><br>   v.<br><br>TEVA PHARMACEUTICALS, INC., et al<br><br>   Defendants. | **Civil Action No. 23-03914-MEF-AME**<br><br>ORDER |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL KATHERINE TEAL LEONARD, ESQ. AND REQUEST FOR REMOVAL FROM RECEIVING NOTICE OF ELECTRONIC FILING

**PLEASE TAKE NOTICE** that Katherine Teal Leonard, Esq. hereby withdraws as *pro hac vice* counsel for the Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC, and requests to be removed from the Court's ECF notification list in this matter. Notices of Electronics filing to the following address should be terminated:

   Katherine Teal Leonard         kleonard@carltonfields.com

   Michael T. Henlsey of Carlton Fields, as well as Jayashree Mitra and J. Coy Stull of Carlton Fields admitted *pro hac vice*, will continue to represent the Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC in this matter.

134765579.1

Dated: January 2, 2024          **CARLTON FIELDS, P.A.**

         */s/ draft*
         Michael T. Hensley
         mhensley@carltonfields.com
         180 Park Ave, Suite 106
         Florham Park, NJ 07932
         Phone: 212.430.5513

         *Of Counsel*:
         Jayashree Mitra (*pro hac vice*)
         405 Lexington Ave, Suite 3600
         New York, NY 10174

         J. Coy Stull (*pro hac vice*)
         Katherine Leonard (*pro hac vice*)
         4221 W. Boy Scout Blvd, Suite 1000
         Tampa, FL 33607

         *Attorneys for Defendants and Counterclaim-Plaintiffs InvaGen Pharmaceuticals, Inc., Cipla Ltd., Cipla USA, Inc., and API Pharma Tech LLC*

SO ORDERED, this __2nd__ day of January, 2024

__/s/ André M. Espinosa__
Hon. André M. Espinosa, U.S.M.J.

134765579.1